ADAM PAUL LAXALT
  Attorney General
BENJAMIN R. JOHNSON, Bar No. 10632
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1257
E-mail: bjohnson@ag.nv.gov

*Attorneys for Defendants Romeo Aranas,
Gloria Carpenter, Dante Famy, Dawn Jones,
Michael Koehn, and Georges-Pele Taino*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LANCE REBERGER,<br><br>              Plaintiff,<br><br>v.<br><br>MICHAEL KOEHN, et al.,<br><br>              Defendants | Case No. 3:15-cv-00468-MMD-VPC<br><br>**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** |

Defendants, Romeo Aranas, Gloria Carpenter, Dante Famy, Dawn Jones, Michael Koehn, and Georges-Pele Taino by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, hereby move this Court for an enlargement of time to serve their responses and/or objections to Plaintiff's discovery requests. This Motion is based on the following Memorandum of Points and Authorities and all papers and pleadings on file herein.

### MEMORANDUM OF POINTS AND AUTHORITIES

**I.    INTRODUCTION AND RELEVANT PROCEDURAL HISTORY**

On April 25, 2018, Plaintiff served his second request for production of documents. Defendants have been attempting to compile the requested documents that are available but need additional time to gather responses. Defendants request an additional fourteen days, up to and including June 12, 2018 to serve responses.

FED. R. CIV. P. 6(b)(1) governs enlargements of time and provides as follows:

1

When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The proper procedure, when additional time for any purpose is needed, is to present a request for extension of time before the time fixed has expired. *Canup v. Mississippi Val. Barge Line Co.*, 31 F.R.D. 282 (W.D.Pa. 1962). Extensions of time may always be asked for, and usually are granted on a showing of good cause if timely made under subdivision (b)(1) of the Rule. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947).

Defendants seek an enlargement of time to serve responses to discovery. Good cause exists to extend the time to file this motion. The Ely State Prison Warden's office is working with counsel's office to gather any responsive documents but need a short extension of time to respond, up to and including, June 12, 2018.

## II. CONCLUSION

Based on the foregoing, Defendants respectfully request their motion for enlargement of time is granted and the deadline for serving discovery responses be extended to June 12, 2018.

DATED this 29th day of May, 2018.

ADAM PAUL LAXALT
Attorney General

By: *[signature]*
BENJAMIN R. JOHNSON
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

APPROVED AND SO ORDERED:

*[signature]*

U.S. MAGISTRATE JUDGE

DATED: May 30, 2018

2

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 29th day of May, 2018, I caused to be deposited for mailing a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**, to the following:

Lance Reberger #39494
Ely State Prison
P. O. Box 1989
Ely, NV 89301

*[signature]*
An employee of the
Office of the Attorney General