1 | ADAM PAUL LAXALT
   Attorney General
2 | BENJAMIN R. JOHNSON, Bar No. 10632
   Deputy Attorney General
3 | State of Nevada
   Bureau of Litigation
4 | Public Safety Division
   100 N. Carson Street
5 | Carson City, Nevada 89701-4717
   Tel: (775) 684-1257
6 | E-mail: bjohnson@ag.nv.gov

7 | *Attorneys for Defendants Romeo Aranas,*
   *Gloria Carpenter, Dante Famy,*
8 | *Dawn Jones, Michael Koehn,*
   *and Georges-Pele Taino*

9 |

```
☐ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

              JUN 1 2 2018

          CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY: _____  DEPUTY
```

10 | **UNITED STATES DISTRICT COURT**

11 | **DISTRICT OF NEVADA**            *ORDER*

12 | LANCE REBERGER,

13 |                        Plaintiff,        Case No. 3:15-cv-00468-MMD-VPC

14 | v.                                       **DEFENDANTS' MOTION FOR
                                             ENLARGEMENT OF TIME TO FILE
15 | MICHAEL KOEHN, et al.,                    DISPOSITIVE MOTION**

16 |                        Defendants

17 |        Defendants, Romeo Aranas, Gloria Carpenter, Dante Famy, Dawn Jones, Michael Koehn, and

18 | Georges-Pele Taino by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada,

19 | and Benjamin R. Johnson, Deputy Attorney General, hereby move this Court for an enlargement of time

20 | to file and serve a dispositive motion.  This Motion is based on the following Memorandum of Points

21 | and Authorities and all papers and pleadings on file herein.

22 |                **MEMORANDUM OF POINTS AND AUTHORITIES**

23 | **I.      INTRODUCTION AND RELEVANT PROCEDURAL HISTORY**

24 |        On January 30, 2018, the Court issued a Scheduling Order setting the deadline for dispositive

25 | motions for May 30, 2018.  (ECF No. 33).  Counsel for defendants simultaneously have a motion for

26 | summary judgment due in another case, Case No. 3:14-cv-00313-MMD-VPC, that is due on June 1,

27 | 2018.  Counsel has been busy preparing the dispositive motion and exhibits in that case and needs a

28 | short extension of time to complete the dispositive motion in this case.

FED. R. CIV. P. 6(b)(1) governs enlargements of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The proper procedure, when additional time for any purpose is needed, is to present a request for extension of time before the time fixed has expired. *Canup v. Mississippi Val. Barge Line Co.*, 31 F.R.D. 282 (W.D.Pa. 1962). Extensions of time may always be asked for, and usually are granted on a showing of good cause if timely made under subdivision (b)(1) of the Rule. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947).

Defendants seek an enlargement of time to file a dispositive motion. There is a conflicting deadline with another case which does not allow for both motions to be fully briefed and filed in time. Good cause exists to extend the time to file this motion. Defendants do not seek this extension of time to prejudice Plaintiff or to cause undue delay. Plaintiff will not be prejudiced by a short extension of time, up to and including, June 13, 2018.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

## II.    CONCLUSION

Based on the foregoing, Defendants respectfully request their motion for enlargement of time is granted and the deadline for filing a dispositive motion be extended to June 13, 2018.

DATED this 30th day of May, 2018.

ADAM PAUL LAXALT
Attorney General

By: _____
BENJAMIN R. JOHNSON
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

APPROVED AND SO ORDERED:

_____
U.S. MAGISTRATE JUDGE

DATED: _____

3

1

**CERTIFICATE OF SERVICE**

2        I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that

3   on this 30th day of May, 2018, I caused to be deposited for mailing a true and correct copy of the

4   foregoing, **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE**

5   **DISPOSITIVE MOTION**, to the following:

6

7   Lance Reberger #39494
    Ely State Prison
8   P. O. Box 1989
    Ely, NV 89301
9

10

11                                         An employee of the
                                           Office of the Attorney General
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              4