# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LANCE REBERGER,<br><br>              Plaintiff,<br>  v.<br>MICHAEL KOEHN, *et al.*,<br><br>              Defendants. | Case No. 3:15-cv-00468-MMD-CBC |

    Plaintiff Lance Reberger has filed a motion for extension of time to file his objection to the Report and Recommendation of United States Magistrate Judge Carla B. Carry ("R&R") (ECF No. 120). (ECF No. 121.) Plaintiff requests an extension of "60 days through April 16, 2019" to file his objection' citing primarily the need to research the cases cited in the R&R. The Court declines to grant 60 days because the Magistrate Judge did not rely on any cases that were not referenced in the parties' brief that need much research. Moreover, the R&R addresses Defendants' motion for summary judgment which Plaintiff had the opportunity to oppose, and the request for such a lengthy extension is simply unreasonable. Nonetheless, the Court will grant Plaintiff an extension of 15 days from the date this order is entered to file his objection.

    It is therefore ordered Plaintiff's motion for extension of time (ECF No. 121) is granted. Plaintiff has 15 days from the date this order is entered to file his objection. Failure to file an objection within the prescribed timeframe will result in the Court considering the R&R without objection.

    DATED THIS 22nd day of February 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE